PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Christopher Rea          **Docket Number:** 03-00553-001
                                              **PACTS Number:** 36726

**Name of Sentencing Judicial Officer:** Honorable Jose L. Linares

**Date of Original Sentence:** 07/22/2005

**Original Offense:** Conspiracy to Export Ecstasy

**Original Sentence:** 66 months imprisonment followed by 3 years supervised release. $100 special assessment and $10,000 fine imposed. Special conditions: 1) Substance abuse testing and treatment; 2) Full financial disclosure; 3) Mental health evaluation and treatment; 4) No new debt or additional lines of credit; and, 5) DNA collection.

**Type of Supervision:** Supervised Release          **Date Supervision Commenced:** 05/09/08

**Assistant U.S. Attorney:** Sarah Wolff, 970 Broad Street, Room 502 Newark, New Jersey 07102
(973) 645-2700

**Defense Attorney:** Ray Camejo, 1000 Clifton Avenue, Clifton, New Jersey 07011
(908) 209-1983

---

## PETITIONING THE COURT

[ ] To issue a warrant
[X] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number | Nature of Noncompliance

1. | The offender has violated the supervision condition which states '**You shall not commit another federal, state, or local crime.**'

   On May 14, 2010, Rea was arrested and charged by the Weehawken Police with the following offenses: 1) Possession with intent to distribute a Schedule III CDS (anabolic steroids); 2) Possession of CDS not obtained from a practitioner or under valid prescription issued by a practitioner; 3) Possession of CDS with intent to distribute within 1,000 feet of school property; 4) Possession of CDS with intent to distribute within 500 feet of a park; and, 5) Possession of Drug Paraphernalia.

2. | The offender has violated the supervision condition which states '**Possession of a controlled substance**'

PROB 12C - Page 2
Christopher Rea

On May 10, 2010, Rea possessed a quantity of anabolic steroids without a valid prescription.

3. The offender has violated the supervision condition which states '**Unlawful substance use**'

On May 10, 2010, Rea admitted to illicit use of steroids, having relapsed on or about February 2010.

4. The offender has violated the supervision condition which states '**You shall notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer.**'

On May 14, 2010, Rea was arrested by Weehawken police officers and charged with the following offenses: 1) Possession with intent to distribute a Schedule III CDS (anabolic steroids); 2) Possession of CDS not obtained from a practitioner or under valid prescription issued by a practitioner; 3) Possession of CDS with intent to distribute within 1,000 feet of school property; 4) Possession of CDS with intent to distribute within 500 feet of a park; and, 5) Possession of Drug Paraphernalia. He failed to notify the probation officer of the arrest within 72 hours.

I declare under penalty of perjury that the foregoing is true and correct.

By: Adriana Garcia
U.S. Probation Officer
Date: 6/2/10

THE COURT ORDERS:

[ ] The Issuance of a Warrant
[✓] The Issuance of a Summons. Date of Hearing: 7/13/2010 at 11:45 a.m
[ ] No Action
[ ] Other

Signature of Judicial Officer

6/8/10
Date