IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| UNITED STATES OF AMERICA | DOCKET NO.: 03-00553-001 |
|---|---|
| vs. | CONSENT ORDER |
| CHRISTOPHER REA | |

This matter having been opened to the Court by KASSEM & CAMEJO, LLC, (by Ramon A. Camejo, Esq.), attorney for Christopher Rea, with the consent of Assistant U.S. Attorney Sarah Wolfe, and the Court having considered the request of counsel and for good cause shown;

It is on this 1st day of October, 2010;

ORDERED that the time that Mr. Christopher Rea is ordered to voluntarily surrender to the Federal Correctional Institution located at 8730 Scroggs Road, Elkton, Ohio 44415, be extended to Monday, October 11, 2010; and it is further.

ORDERED that a copy of this Order be served on all counsel within 3 days of the entry hereof.

HON. JOSE L. LINARES, U.S.D.J.

The undersigned consents to the
form and entry of the within Order:

BY: _____
SARAH WOLFE, ESQ.

The undersigned consents to the
form and entry of the within Order:

BY: _____
RAMON A. CAMEJO, ESQ.

-1-